# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2009

137404

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                SC: 137404
                                                 COA: 285406
                                                 Wayne CC: 07-007088-FH
SOPHIA JEANNE QUILL,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 28, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2009 _____                    _____
1215                                                              Clerk